# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Brooks, et al., v. City of Chicago, et al.,

Case Number:

FILED: AUGUST 25, 2008
08CV4832
JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN
AO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dallas Brooks and Erenestine Walton

| | |
|---|---|
| **NAME (Type or print)** Louis J. Meyer | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Louis J. Meyer | |
| **FIRM** Law Offices of Lawrence V. Jackowiak | |
| **STREET ADDRESS** 20 North Clark Street, Suite 1700 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6290221 | **TELEPHONE NUMBER** 312-795-9595 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐