# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Brooks, et al., v. City of Chicago, et al.,

Case Number: FILED: AUGUST 25, 2008
08CV4832
JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN
AO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dallas Brooks and Erenestine Walton

| | |
|---|---|
| **NAME** (Type or print) <br> Daniel P. Kiss | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel P. Kiss | |
| **FIRM** <br> Law Offices of Lawrence V. Jackowiak | |
| **STREET ADDRESS**    20 North Clark Street, Suite 1700 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256211 | **TELEPHONE NUMBER** <br> 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |