## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4832  Assigned/Issued By: j. n.

Judge Name: andersen  Designated Magistrate Judge: brown

### FEE INFORMATION

Amount Due: ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____
☐ $455.00

Number of Service Copies ____   Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 3047466

Date Payment Rec'd: 8-25-08   Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Other
☐ Writ ____
*(Type of Writ)*
____
*(Type of issuance)*

3  Original and 0  copies on 8-25-08  as to all defendants
*(Date)*